FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Siggers
(Last Name)        (Identification Number)
Clifton                Lee
(First Name)          (Middle Name)
Forrest Co. Jail
(Institution)
55 Arena Drive
(Address)
(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

V.        CIVIL ACTION NUMBER: 2:19cv104-KS-MTP
(to be completed by the Court)

Forrest County (Jail)

_____

_____

_____
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)    No (  )

B. Are you presently incarcerated?
   Yes (✓)    No (  )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes (  )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes (  )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (  )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (  )    No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Clifton Siggers   Prisoner Number: _____

Address: 55 Arena Drive
Hattiesburg MS 39401

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _____ is employed as _____

_____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Clifton Siggers

ADDRESS: 557 William Carey Pkwy Apt J 1101
Hattiesburg MS 39401

DEFENDANT(S):

NAME:

ADDRESS:

Page 2 of 4

# OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (  )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
   1. Parties to the action: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county): _____
      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
      _____

CASE NUMBER 2.
   1. Parties to the action: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county): _____
      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
      _____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Failure to protect - ON 6-6-2019 Between 8:00 P.M - 11:00 P.M. IN ISO 122 I was assaulted By state inmate Shyan manzy and I'm a Pretrial inmate. I was let out my cell By officer 71 Lover his Last Name. And state inmate manzy Rigged his Door and come out of his cell. officer 71 Lover try to restrain state inmate Manzy, he got away from officer 71 and assaulted me and Bit my Thumb Next Page →

I've Also been in Isolation For 13 months on Protective custody.

RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Money $70,000 Awarded to me!

Signed this 28 day of June, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Clifton Biggers
Signature of plaintiff

Page 4 of 4

Continue from Page 4 of 4
Failure to Protect me.

I had to Defend myself from state inmate Shyan Manzy. I'm a Pretrial inmate Officer 24 also stated that he watched Fight from other Tower on camera. Sgt. Mason Broke Fight up. All this happened on B Shift June 6, 2019 Between 8:00 P.M 11:00 P.M. I also was refused medical attention that Night By officer 71 Lover which was his Last Night working. I didn't go to medical until next morning For my Right Thumb Being bit By state inmate Manzy. Officer 60 was working in our tower He officer 60 Failed to Detect state inmate Manzy Door Being rigged. State Inmate Manzy was in Isolation For having a Shank (Knife). I'm in Isolation on Protective Custody. State Inmate Manzy could've seriously injured me! I'm 46 and state inmate Manzy is around 26. I'm also a Bad Diabetic. Everything is on camera got 1 camera on each end of the hall. in 122 Demarcus umˢ Gruder is also a Witness!

Clifton Biggere
Signature of Plaintiff