IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLIFTON LEE SIGGERS							PLAINTIFF

VS.							CIVIL ACTION NO. 2:19-cv-104-KS-MTP

FORREST COUNTY, MISSISSIPPI,
MARCOL SMITH, ELIAS LOVER,
AND JUSTIN GRAHAM							DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation [43] of the United States Magistrate Judge entered herein on March 10, 2020, after referral of hearing by this Court. Plaintiff filed a one sentence response to Judge Parker's Report and Recommendation stating, "I would like to object (sic) Report and Recommendations re [30] Motion for Summary Judgment for failure to exhaust administrative remedies filed by Elias Lover, Forrest County Mississippi, Justin Graham, Marcol Smith." He states no reasons for objecting or points the Court to no specific part that he disagrees with. The Court finds that this is simply a statement that he disagrees with the Report and Recommendation, which the Court finds to be insufficient. The Court, having fully reviewed the Report and Recommendation, as well as the record in this matter, and being duly advised in the premises, finds said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without

prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the __15th__ day of April, 2020.

                                      __s/Keith Starrett_____
                                      UNITED STATES DISTRICT JUDGE